UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN MATTHEW BRADY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 17-1075 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: April 27, 2018

　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE